# EXHIBIT A

## JOSE VASQUEZ

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Nazareth | Love Hurts | Hair of the Dog | N23222 |
| Capitol Records, Inc. | Blondie | Heart of Glass | Parallel Lines | 4-090 |
| Elektra Entertainment Group Inc. | Eagles | Hotel California | Hotel California | N38950 |
| BMG Music | Jerry Rivera | Quiero | Rivera | 291-696 |
| UMG Recordings, Inc. | Eddie Santiago | Lluvia | Musical de Eddie Santiago | 212-161 |
| Fonovisa, Inc. | Marco Antonio Solis | Amor En Silencio | Trozos De Mi Alma | 264-718 |
| BMG Music | Cristian | Mi Vida Sin Tu Amor | Mi Vida Sin Tu Amor | 291-400 |
| Fonovisa, Inc. | Los Tigres Del Norte | Ya Te Vale | Para Adoloridos | 137-357 |
| Atlantic Recording Corporation | Phil Collins | One More Night | No Jacket Required | 60-788 |